60660

**UNCLAIMED FUNDS**

FILED
2010 JUN 15 AM 11: 20


JUNE 14, 2010

| | |
|---|---|
| 06-61846 | PATRICIA A GUSKY<br>CREDITOR DID NOT CASH CHECK<br>CHECK #433684 FOR $281.64<br>FIS TAX SERVICES<br>PO BOX 5218<br>PASADENA, CA 91107 |
| 07-60166 | STEVEN HOAGLAND<br>JULIE HOAGLAND<br>CREDITOR DID NOT CASH CHECK<br>CHECK #433685 FOR $591.21<br>EVERHOME MORTGAGE<br>8100 NATIONS WAY<br>JACKSONVILLE, FL 32256 |